| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | OMAR ISHO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-99-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA HEARING** |
| vs. | |
| OMAR ISHO, | Date: July 25, 2019 |
| Defendant. | Time: 10:00 A.M. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Quinn Hochhalter, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Mr. Omar Isho, that the status conference currently set for July 25, 2019 may be converted to a Change of Plea hearing and reset for August 01, 2019.

The parties further request an exclusion of time from July 25, 2019 to August 01, 2019 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code "T4"). This exclusion is requested for further defense investigation and preparation. Defense counsel believes that failure to grant the continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties

-1-

therefore respectfully request the Court to find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the defendant in a speedy trial, and to exclude time from July 25, 2019 to August 01, 2019 pursuant to Local Code T4.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 23, 2019

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
OMAR ISHO

Date: July 23, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ Quinn Hochhalter
QUINN HOCHHALTER
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference currently set for July 25, 2019 is hereby reset for August 01, 2019, and is converted to a Change of Plea hearing. The time period of July 25, 2019 to August 01, 2019, inclusive, is deemed excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code "T4").

IT IS SO ORDERED.

Dated: July 24, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE