1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   OMAR ISHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-99-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| vs. | ) ) | Date: August 1, 2019 |
| OMAR ISHO, | ) ) | Time: 10:00 A.M. Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Quinn Hochhalter, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Mr. Omar Isho, that the change of plea hearing currently set for August 1, 2019 may be continued to August 8, 2019.

The parties further request an exclusion of time from August 1, 2019 to August 8, 2019 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). This exclusion is requested for further defense investigation and preparation. Defense counsel believes that failure to grant the continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties therefore

-1-

respectfully request the Court to find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the defendant in a speedy trial, and to exclude time from August 1, 2019 to August 8, 2019 pursuant to Local Code T4.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 30, 2019

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
OMAR ISHO

Date: July 30, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ Quinn Hochhalter
QUINN HOCHHALTER
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The change of plea hearing currently set for August 1, 2019 is hereby reset for August 8, 2019. The time period of August 1, 2019 to August 8, 2019, inclusive, is deemed excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated: August 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE