McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-00099-MCE |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| OMAR ISHO, | |
| Defendant. | |

On October 24, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Omar Isho forfeiting to the United States the following property:

    a.    2013 GMC Yukon, VIN: 1GKS2CE09DR239291, License Number DISNYCA.

Beginning on October 27, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals or entities known to have an alleged interest in the above-described property:

1

  a. Ashley Isho:  A notice letter was sent via certified mail to Ashley Isho at 1243 Lauralee Court, Modesto, CA 95350 on November 5, 2019.  The envelope was returned on November 12, 2019, as "return to sender, not deliverable as addressed, unable to forward".  A notice letter was sent via certified mail to Ashley Isho at 2304 Quail Meadow Drive, Modesto, CA 95355 on January 9, 2020.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Ashley Isho on January 11, 2020.

  b. CarMax Business Services:  A notice letter was sent via certified mail to CarMax Business Services at 12800 Tuckahoe Creek Parkway, Richmond, VA 23238 on November 5, 2019.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on November 8, 2019.  A notice letter was sent via certified mail to CarMax Business Services at P.O. Box 440609, Kennesaw City, GA 30160 on November 5, 2019.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was stamped received on November 8, 2019.

  The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Omar Isho, Ashley Isho, and CarMax Business Services, whose rights to the above-listed property are hereby extinguished.  The above-listed property shall be disposed of according to law.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

  IT IS SO ORDERED.

Dated:  March 5, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE