Case 2:19-cr-00099-MCE   Document 33   Filed 12/19/23   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:19-cr-00099-MCE |
| Omar Isho ) | USM No: 78212-097 |
| ) | |
| Date of Original Judgment: October 24, 2019 ) | |
| Date of Previous Amended Judgment: October 28, 2019 ) | David M. Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  70  months **is reduced to**  60 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  October 28, 2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12/19/2023 

*[signature]*
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Effective Date:  02/01/2024 
*(if different from order date)*

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE